# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

DONALD WOODARD                                              PLAINTIFF

v.                              No. 4:23-cv-246-DPM

BROCKMAN, Sgt., Faulkner
County Detention Center;
HUFFMAN, Captain, Faulkner
County Detention Center;  SCOTT,
Lt., Faulkner County Detention
Center;  TIM RYALS;  and DOES,
Captain, "John" and "Jane,"
Faulkner County Detention Center              DEFENDANTS

## ORDER

1.    The Court withdraws the reference.

2.    Woodard hasn't paid the $402 administrative and filing fee
or filed an application to proceed *in forma pauperis*;  and the time to do
so has passed.  *Doc. 2.*  His mail is being returned.  *Doc. 3-4.*  His
complaint will therefore be dismissed without prejudice.  LOCAL RULE
5.5(c)(2).    An *in forma pauperis* appeal from this Order and
accompanying Judgment would not be taken in good faith.  28 U.S.C.
§ 1915(a)(3).

So Ordered.

_DP Marshall Jr._

D.P. Marshall Jr.
United States District Judge

22 May 2023